GARY A. ANGEL, CSB No. 70006
FREAR STEPHEN SCHMID, CSB No. 96089
LAW OFFICES OF GARY A. ANGEL
177 POST STREET, EIGHTH FLOOR
SAN FRANCISCO, CA  94108
TELEPHONE:  (415) 788-5935
FACSIMILE:  (415) 788-5958

Attorneys for Plaintiff
FRESCA ITALIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESCA ITALIA, INC., <br><br>            Plaintiff,<br>v.<br><br>JAS FORWARDING (USA), INC., dba JAS FORWARDING WORLDWIDE, HAPAG-LLOYD, AND JAS OCEAN SERVICE, INC.,<br><br>            Defendants.<br>_____/ | No.  CV 09-2783 MEJ<br><br>NOTICE OF SETTLEMENT AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE |

   The above matter has been settled as to all parties, and plaintiff is awaiting consummation of the settlement, at which time, a dismissal with prejudice of the entire case as against all defendants will be promptly filed.  Accordingly, plaintiff requests the pending case management conference scheduled for October 1, 2009, be vacated.

DATED: September 28, 2009              Respectfully submitted,

                                        LAW OFFICES OF GARY A. ANGEL


                                        */s/ Frear Stephen Schmid*
                                        Frear Stephen Schmid, Attorneys for
                                        Plaintiff FRESCA ITALIA, INC.

                                        Dated: September 29, 2009

[Stamp: GRANTED — Judge Maria-Elena James — United States District Court, Northern District of California]

NOTICE OF SETTLEMENT AND REQUEST TO VACATE CMC                    1