```
GARY A. ANGEL, CSB No. 70006
FREAR STEPHEN SCHMID, CSB No. 96089
LAW OFFICES OF GARY A. ANGEL
177 POST STREET, EIGHTH FLOOR
SAN FRANCISCO, CA  94108
TELEPHONE:  (415) 788-5935
FACSIMILE:  (415) 788-5958

Attorneys for Plaintiff
FRESCA ITALIA, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESCA ITALIA, INC., <br><br> Plaintiff, <br> v. <br><br> JAS FORWARDING (USA), INC., dba JAS FORWARDING WORLDWIDE, HAPAG-LLOYD, AND JAS OCEAN SERVICE, INC., <br><br> Defendants. <br>_____/ | No.  CV 09-2783 MEJ <br><br> **STIPULATED DISMISSAL OF ACTION BY PLAINTIFF AS AGAINST ALL DEFENDANTS JAS FORWARDING (USA), INC., dba JAS FORWARDING WORLDWIDE, HAPAG-LLOYD, AND JAS OCEAN SERVICE, INC. [FEDERAL RULE OF CIVIL PROCEDURE  41]** |

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff FRESCA ITALIA, INC. voluntarily dismisses its claims against all defendants JAS FORWARDING (USA), INC., dba JAS FORWARDING WORLDWIDE, HAPAG-LLOYD appearing herein as HAPAG LLOYD (AMERICA) INC., AND JAS OCEAN SERVICE, INC. with prejudice, each party to bear their own costs and attorney fees.  All parties to this litigation have stipulated to said dismissal as indicated by signature of counsel below representing all parties.

DATED: October 5, 2009         Respectfully submitted,

                               LAW OFFICES OF GARY A. ANGEL


                               /s/ Gary A. Angel
                               Gary A. Angel, Attorneys for Plaintiff
                               FRESCA ITALIA, INC.

| | | |
|---|---|---|
| 1 | Dated: October 5, 2009 | GIBSON ROBB & LINDH LLP |
| 2 | | |
| 3 | | /s/ Joshua A. Southwick |
| | | Attorneys for Defendants JAS FORWARDING (USA) INC., dba JAS |
| 4 | | FORWARDING WORLDWIDE, and JAS OCEAN SERVICE, INC. |
| 5 | | |
| 6 | Dated: October 5, 2009 | KEESAL, YOUNG & LOGAN |
| 7 | | |
| 8 | | /s/ Anne M. Moriarity |
| | | Attorneys for Defendant HAPAG-LLOYD (AMERICA) INC. |

This matter is hereby DISMISSED. The Clerk of Court shall close the file.

Dated: October 6, 2009

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA seal*
IT IS SO ORDERED
Judge Maria-Elena James